# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| REBECCA QUINN HALL, AS ADMINISTRATIX OF THE ESTATE OF ROBERT ERIC HALL DECEASED | : No. 201 EAL 2022<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the Superior Court |
| v. | : |
| HUSQVARNA PROFESSIONAL PRODUCTS, N.A., INC., HUSQVARNA PROFESSIONAL PRODUCTS, INC., HUSQVARNA AB, HUSQVARNA GROUP, HUSQVARNA AND MADLE'S HARDWARE, INC. AND MADLE'S HARDWARE | : |
| PETITION OF: HUSQVARNA PROFESSIONAL PRODUCTS, INC. | : |
| REBECCA QUINN HALL, AS ADMINISTRATIX OF THE ESTATE OF ROBERT ERIC HALL | : No. 202 EAL 2022<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the Superior Court |
| v. | : |
| HUSQVARNA PROFESSIONAL PRODUCTS, N.A., INC., HUSQVARNA PROFESSIONAL PRODUCTS, INC., HUSQVARNA AB, HUSQVARNA GROUP, HUSQVARNA, MADLE'S HARDWARE, INC., AND MADLE'S HARDWARE | : |
| PETITION OF: MADLE'S HARDWARE, INC., AND MADLE'S HARDWARE | : |

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 16th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.